# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160<br>
Main:  305-949-7777<br>
Fax:    305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

August 18, 2017

**VIA CM/ECF**
Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square - Room: 415
New York, NY 10007

      **Re:**  Girotto v. Franklin Bowles Galleries, Inc.et al.
         Case 1:17-cv-02464-ER

Dear Judge Ramos:

  The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled.  This action will be dismissed by Stipulation of Dismissal with Prejudice to be executed and filed with respect to all Defendants. Kindly issue an Order of Dismissal with Prejudice, including the right of either party to restore this case within 30 days of such Order in the event requirements are not completed or executed within that time period.

  Thank you for your cooperation.

            Yours very truly,

            THE WEITZ LAW FIRM, P.A.

            By: _____
               Robert J. Mirel, Esq.

cc:  Counsel of Record via ECF